**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 9 MM 2019
                       :
           Respondent    :
                       :
                       :
             v.               :
                       :
                       :
BRENDA LEE STERNER,         :
                       :
           Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of March, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.